JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANGYU ZHAI, | CV 22-8877 PA (PVCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID M. RADEL, | |
| Defendant. | |

Pursuant to the Court's February 16, 2023 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  February 23, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE